**SEVENTH COURT OF APPEALS**
**SITTING AT VERNON COLLEGE**
**SET FOR SUBMISSION ON ORAL ARGUMENT MONDAY, MARCH 2, 2015**
**AT 1:30 P.M.**

(Before Chief Justice Brian Quinn, Justice James T. Campbell, Justice Mackey K. Hancock)

| | | |
|---|---|---|
| **07-13-00399-CR** | Anthony Bernard Wingfield<br>  v. The State of Texas | Wilbarger County |
| | Earl Griffin Jr. – Appellant | O/A Requested |
| | J. Staley Heatly, District Attorney –<br>  State | O/A Requested |

| | | |
|---|---|---|
| **07-14-00028-CR** | Ezekiel Will Bell v. The State of Texas | Wilbarger County |
| | Earl Griffin – Appellant | O/A Requested |
| | J. Staley Heatly, District  Attorney –<br>  State | O/A Requested |